In re LAWLOR'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) In the matter of Anna Eliza (McCreedon) Lawlor, deceased. No opinion.

**1133**

Motion to dismiss appeal, or to declare the same abandoned, denied, and the case placed at the foot of the present calendar.